Kathryn J. Halford (State Bar No. 68141)
kjhalford@wkclegal.com
Nicholas Starkman (State Bar No. 291373)
nstarkman@wkclegal.com
WOHLNER KAPLON CUTLER
HALFFORD & ROSENFELD
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 Facsimile: (818) 501-5306

*Attorneys for Plaintiff* Board of Trustees of the
Teamsters Miscellaneous Security Trust Fund

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
KARIN HUNTER JOHNSON, Cal. Bar No. 250981
kjohnson@sheppardmullin.com
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: 202.747.1900 Facsimile: 202.747.1901

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
MICHAEL T. CAMPBELL, Cal. Bar No. 293376
mcampbell@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700 Facsimile: 310.228.3701

*Attorneys for Defendant*
Neovia Logistics Distribution

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>NEOVIA LOGISTICS DISTRIBUTION, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:15-cv-07272-BRO-KLS<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

1  The parties having stipulated, and good cause appearing therefor,

2  IT IS HEREBY ORDERED as follows:

3  The Complaint herein is hereby dismissed with prejudice, each party to bear its own costs.

**IT IS HEREBY ORDERED**

Dated: February 19, 2016      _____
                               HONORABLE BEVERLY REID O'CONNELL
                               UNITED STATES DISTRICT COURT JUDGE

-1-
ORDER DISMISSING COMPLAINT WITH PREJUDICE